RECEIVED
SEP 22 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Eastern_ DIVISION

Nikki Giovanni Bellamy )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 4:22-CV-00115-D
(To be assigned
by the Clerk of
District Court)

vs.

East Carolina University )
University of North Carolina System )
Janice Lewis )
Mark Sanders )
William Gee )
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

1. Plaintiff resides at 1401 E 10th St Apt 133 Greenville, NC 27858

2. Defendant(s) name(s): East Carolina University, University of North Carolina System, Janice Lewis, Mark Sanders, William Gee

1

Location of principal office(s) of the named defendant(s):

Greenville, NC, Raleigh NC

Nature of defendant(s) business: education

Approximate number of individuals employed by defendant:
East Carolina University - 5000 UNC System

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

  (A) _____ Failure to employ me.

  (B) _____ Termination of my employment.

  (C) _____ Failure to promote me.

  (D) ✓ Other acts as specified below:

5. Plaintiff is:

   (A) ____✓____ presently employed by the defendant.

   (B) _____ not presently employed by the defendant.

   The dates of employment were _____.

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) ____✓____ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) ____✓____ other as specified below:
   ___disability_____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Janice Lewis - Library director
   Mark Sanders - Assistant director of Access Services
   William Gee Head of Circulation and Interlibrary Loan Services

3

8. The alleged discrimination occurred on or about 06-2018, October 2020 to 7-20-2021.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

I was discriminated against. I was at the time the only minority in the Circulation department. During 2018 my supervisor William Gee yelled at me and told me if I was having cognitive issue I needed to go out on FMLA leave in front of several staff members and students. I was retaliated against while on FMLA leaving 2013 and 2018 Subject to working against ADA accomodations set for me in 2019. During the Pandemic 2020 to 2021 I was forced to work in condition even though I was high risk and the doctor stated this in addition.

10. The alleged illegal activity took place at: East Carolina University

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 07-19-2021. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 06-24-2022.

12. I seek the following relief:

    (A) ✓ recovery of back pay;

    (B) ___ reinstatement to my former job;

    (C) ✓ trial by jury on all issues so triable;

    and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

    09-22-2022
    Date

    Nikhi Giovanni Bellamy
    Signature of Plaintiff

    1401 E 10th St
    Greenville, NC 27858
    252-751-3682 / 252-451-0318
    Address and Phone Number of Plaintiff