In addition to my complaint, the hostile enviroment which was created including microaggression, harassment, and retaliation from William Gee who is my superviser, Mark Sanders who is William Gee's superviser, and Janice Lewis who is Mark Sander's direct superviser.

I also seek the following relief: the compensation of $16,000,000 for the mental and physical impairment these actions has caused. I've worked at East Carolina University for 16 years and at least the last 10 years my conditions has developed and exacerbated under extreme microaggression, hostile, and stressful enviroment

Nikki Giovanni Buelow       09-22-2022