Trace J. Dudley

Tracejulius@yahoo.com

252-702-3026

I have worked at East Carolina University for a little over 3 years, in which my last year was at Joyner Library within the Circulation & Interlibrary loan department as the Equipment Manager. Working at Joyner Library was one of the most challenging and stressful times I have ever experienced as an employee at East Carolina University (ECU). Within the first 3 months or so of working there, I was able to witness the toxic dynamics and divide between staff members. Instead of the department being a team environment, it felt more like a rivalry between certain groups of staff members. To be specific, Bruce (Student Supervisor), Kristen (Student Supervisor), Nikki (Stacks Manager) and the student workers (group 2) vs Sonia (Billing Manager), William (Dept. Head), and Pam (Assistant Dept. Head) (group 1). I noticed very quickly that group 1 was very critical about every single thing group 2 did. If group 2 did anything that group 1 did not like or agree with, there was always a meeting about it. Even though the statements in theses meetings were coined as constructive criticism, it looked and felt more like bullying and pettiness. I remember Sonia telling me after one of the meetings that she felt

that Bruce and Kristen let the students get away with anything. She also stated that if she was the Student Supervisor, the rules would be very strict and she would not coddle the students. What made matters worse, Sonia's position at that time was on the same level as everyone else but, she was able to get her way most of the time and create changes in the department through her "alliance" with William and Pam. Sonia also seemed to have had a close connection with Mark (Assistant Head of Joyner Library), who was the assistant head of Joyner Library.

There are several accounts where she stated that she was going to report an idea, concern, or issue to him and then go directly to his office. Other coworkers did this as well however, Sonia seemed to have been doing this on a weekly basis. We had our weekly staff meetings on the second floor in a conference room near the administrative suite, which housed Mark's and Jane's (Head of Joyner Library) offices. There were several occasions where Sonia would go directly to Mark's office after meetings. I am assuming that because Sonia and others were reporting things to Mark so frequently, William and Pam finally discussed this issue during a staff meeting. They explained the chain of command and asked us to bring any questions, concerns, or ideas to them first instead of going directly to Mark. They also stated that we are welcome to go to Mark if we had any issues with them that

we were not comfortable to talk to them about. Directly after that particular meeting, Sonia went straight to Mark's office. Eventually, it seemed like Mark and Sonia formed their own alliance.

Even though there was so much drama going on within the department, I was able to find some moments of peace and fun with the student workers and with Nikki. I am a very laid back person so I do not like getting involved in drama or cliques. Instead, I try to find ways of brightening the atmosphere with laughter and encouraging words. The only person I felt comfortable enough to talk to without having a guard up was Nikki. I was also was able to establish rapport with several of the student workers within the department as well, and a lot of them felt comfortable enough to share their thoughts and concerns with me. The most common statements that were made by them were related to how much they enjoyed working with me, Nikki, Bruce, Jen (Interlibrary Loan Manager), and Kristen; how much they disliked working with Pam, William, and Sonia; and how they were afraid of Sonia becoming a Student Supervisor. A few of the students even stated that Sonia wanted to take over the Student Supervisor role and/or Sonia wanted to take Pam's position. Some of the students also mentioned that they noticed how close Sonia and Mark were. Before I left the library, Pam ended up going on medical leave and Sonia was given the interim Assistant Department Head position on

the spot, which was unfair due to her not having as much experience in the department as some of my other coworkers.

Bruce and Kristen ended up leaving the department about 4 months or so after I started there. But before they left, they recommended that Nikki and I be the new Student Supervisors. William approached me about being an Assistant Supervisor to the students however, I declined due to having a lot on my plate in my role as Equipment Manager. I had assumed that Nikki was going to be the new Student Supervisor because she had managed students for years at Joyner Library in the past but, Sonia and Pam ended up becoming the new Student Supervisors. This seemed very strange to me because the student's loved Nikki, she had a great rapport with all the students, and she had a ton of experience managing students well. After this happened, I began to pay closer attention to the dynamics within the department. I quickly noticed the presence of racism and discrimination against Nikki, myself, and a few of the black student workers. When something was done wrong, incomplete, or not completed to William, Pam, and/or Sonia liking, majority of the time Nikki or a black student worker(s) were blamed.

Just about every time Nikki and I would talk to each other in our offices for a few minutes, I noticed the looks and stares that we would get from William, Pam, and Sonia. It almost felt like we were doing something wrong

even though we were not. I also noticed this when any of the student workers would come in my office to either ask a question or just to talk for a minute. Some of the black students even reported how they felt discriminated against. One particular situation that I felt was handled unjustly was when a black female student worker came to my office and told me that she was quitting. The student explained that she had been working there for about 1.5 years and she stated that Bruce and Kristen had plan to move her up to a Student Cashier position by the Fall Semester however, they ended up leaving before this happened. So the student expressed her interest in being a Student Cashier position, which pays more money, to Sonia and said that Sonia had promised to move her up. A few months had passed and Sonia ended up making another student a cashier instead of this student who had been requesting, training, and working to do so. The student stated to me that she was tired of the unfairness, micromanagement, and discrimination that she had been experiencing hence her reasons for quitting. I told her that I was sorry to see her go but I understood her decision.

    After the student left my office, I contacted my supervisor, William, to report what had happened. I explained the situation and expressed the student's feelings. William stated that this was concerning and planned to speak with Sonia about the issue. He also began talking about the mistakes

the student had made while working there, and his opinion about this student and other students not liking the new and stricter rules implemented by Sonia. After leaving that meeting, I felt that William was bashing the student and defending Sonia more instead of understanding the concern and investigating. I will also mention again that the student was a black female. There were several other things that occurred within the department, but the ones that I will focus on are related to Nikki.

During my time working with Nikki at the Joyner Library circulation desk, I was able to witness her exceptional leadership skills, creative problem solving skills, and her innovative ideas. Her genuine personality, hardworking abilities, love for helping people, and library experience will serve her well in becoming a great librarian. However, Joyner Library definitely would not be a good place for her to continue to work due to the severe discrimination, racism, and sexism she experienced before and during my time at Joyner Library.