# Witness Statement

To whom it may concern,

My name is Tyra Harrison, and I worked at Joyner Library for a total of two years. During my time there I witnessed several discriminatory acts towards both students and staff. Many African American students, including myself, were often sent to areas of the library that were not assigned to us. I often felt that the lead staff members Pam, William, and Sonia did not want people of color working the circulation desk during daytime hours. They would often send me to stack books or clean around the library regardless of the schedules that were created each semester. During the times I was working the circulation desk I often felt uncomfortable working with the lead staff members. They would often discuss one staff member in particular, Nikki Bellamy. They would discuss certain health issues of hers such as PMDD. They often spoke about how they felt she was faking her symptoms and being out of FLMA leave. I became uncomfortable to a point where I no longer wanted to work the circulation desk and would often head to the stacks area or basement to assist with the shifting project instead. Nikki was always in the stacks or basement despite her severe medical issues and completed all her work with passion. Unfortunately, Pam, Sonia, and Williams would always try to find something to nitpick about. I recall being in the basement one day and working on the shifting project when William came down very upset about the progress of the project. He was not aware of my presence because I was working in between the bookshelves. I witnessed him yell at her and belittle her like she was a child. He said to Nikki, "if you're having cognitive issues then you need to go out on leave." I was shocked and couldn't believe my ears. After William left, I went to check on Nikki. She was distraught. I had never witnessed her like that before. She was always filled with so much positive energy regardless of whatever she had going on. It was heartbreaking to see someone of Nikki's character be emotionally, mentally, and verbally abused in such a way. A few months later I was able to find a new job and resign from Joyner Library as I could no longer put up with the actions of the lead staff. Many other students resigned after me as well. Pam, Sonia, and William made Joyner Library an uncomfortable workplace for many students and even staff and it's represented in the library's turn over rates. I would never return to that job, nor would I recommend it anyone I know. It causes any unreasonable amount of stress and is an unhealthy environment for anyone to work in.

Tyra Harrison

Tyra.alexus.harrison@gmail.com

(252)640-5163