Written Statement from Benjamin Exton in regards to Nikki Bellamy's Case

My name is Benjamin Exton. I am a former co-worker of Ms. Nikki from approximately August of 2017, to February of 2019. I held the title of Technology Manager, and was the first to hold this title. I have been asked on behalf of Ms. Nikki to recount my time at our workplace of Joyner Library's Circulation and Interlibrary Loans department. On the first day, after orientation and actually in the building, one of the first things I was told by our Manager, William Gee, in a joking tone, was ," I'm not quite sure why everyone leaves this place?" I remember feeling very uneasy about this at the time, and would later understand why and the disconnects from management that led to the disarray of morale in the workplace.

I want to add a preface, because of how long I have not been employed at this facility, my events will not be in a chronological order however they will be true and factual to the best of my abilities.

I can honestly say that despite that first hiccup, the first week and a half working there was great. I got along well with my co-workers and especially the student workers, who were of my age. The first major issue that I faced personally, before I realized the state of the department, was through an email correspondence between myself and Pam Evans, the assistant manager, who directly was incharge of Circulation at the time. I had received the email out of nowhere and had no prior communication about any issues. This email was about four to five paragraphs in length with a severe hostile tone throughout the letter, regarding an error on a record possibly containing a charger or a dry erase kit, the specific equipment type is far from relative. The issue was that there was a missing comma in an old deleted record that was not public facing. Public facing meaning that the software would not populate the information to the webpage where we would host availability of said equipment. I pointed out that I was instructed to not interact with deleted records for billing purposes, and that I was not aware that a typo in an old record fell under my purview and the initial typo was made by her. I also mentioned that this is the first time I am hearing about any specific issues regarding the record in question and I could handle it if needed. Eventually William got involved in the email thread, but ultimately sided with Pam and I should have within the week, noticed a missing comma in a record made a few years ago that is also not being used. This email thread triggered a panic attack within me, as Pam was implying a possible termination of my job over this. ECU has a 1 year probationary period so there is very little that could have been to stop her. So I cried when I got home because I wouldn't know what to do if I lost this job so soon. I eventually talked to my coworkers about this, and got advice on the situation and the consensus was that she gets power trips and usually picks out a person to target. While I was blindsided by this and suffered an emotional toll because of this very minor thing being blown up to a possible termination within two weeks of working there, I really enjoyed working with the public and my coworkers. So I tried to move past it. It did get a little better, especially because I would get praise from other departments through my interdepartmental activities for events or through small collaborations they found it more difficult to justify certain actions towards me.

One thing that was becoming more and more apparent was that Pam would routinely single out Nikki, whether it was for talks outside the building to which I have no positive knowledge about those interactions, or calling them out in meetings or emails, for small or insignificant things. I know the stress this placed on Nikki resulted in a lot of serious and unfortunate medical conditions that she has been dealing with for as long as I have known her. Because of this, and a clear demonstrated effort to minimize Nikki's abilities, Pam has often tried to remove tasks from her and give it to others, especially regarding the big shifting project that she had been working on with the student workers' help and the other circ dept. Workers when we were available to do sections. I only know the severity of the problem from witnessing the events at our group meetings and with what Nikki would disclose.

I had quickly become the person who was the go to for shift exchanges and takeovers for people. I offered a great flexibility for anyone who needed a break or had a reason they couldn't be at their assigned shift, or even desk hours. I mention this to say that because I would almost exclusively do this, I would get approval from Pam for this, before it would be official. When it came to the end of weeks, my schedule would often look like I was late, or out or leaving early, to cover the shifts approved by Pam to do, however, I would get warnings and I believe I got a write up because of it. I was admittedly late three times for reasons out of my control and not work related. Eventually another one of our coworkers who no longer works there, Kristin, was the night manager, no longer wanted to work the night shift, and I was already covering shifts for her, eventually I was moved to a more consistent schedule where I didn't have the same problems with scheduling. I also became a weekend supervisor covering Saturdays, to which some problems came of it, because I was no longer under the direct monitor of Pam, I was made to write reports of events to her, which had not previously been established as a practice for weekend supervisors.

I had eventually refreshed the entire equipment database and that system, both digital and materially so it would be easier to track, report and repair or send to repair. It was increasingly difficult to convince Pam to shift to the updated tracking sheet and was even more difficult to show her how to use excel efficiently to use the spreadsheet effectively. A major problem arose when she went back to the old tracking sheet mistakenly, and was finding a lot of outdated records and would send threatening emails regarding these false problems. When I would tag William to the thread and explain that she was using the wrong sheets, she would back down. I also fought tooth and nail with her about providing headphones to the students who desperately wanted them. It was quite literally our most requested item to be added. Despite going above and beyond, including three steps of sanitation and disinfection procedures to the demonstration for approval at the group meeting, I ended up having to force a vote to bypass her staunch opposition. They later became one of the most used items we offered at the time.

While I was the Technology Manager for the Circulation department, I was not a member of IT and would often have to get approval or send things back to them, so we had a good rapport. Often was the case where I would be told by Chris the head IT person, I was very competent in my position, and could even work with them, I would be constantly circumvented for technology questions or concerns regarding our department, or when I do get a chance to explain the

problems or diagnose the issues, She would go to Chris and he would look at me and usually verbatim tell her what I said, only she would seem to magically understand it when he said the same thing as I did. It became a running joke between Chris and me.

Almost every issue the department had was usually a result of Pam's involvement. That is almost certainly because William never left his office. He never worked a desk hour, until maybe the last month I worked there possibly due to, a damning climate survey for HR on the entire library, and having an HR consultant work directly with our department over our grievances to which we were all fearing of being fully truthful in our dialogs. He even wouldn't show up to work and not inform us at times, which would have resulted in a swift termination for us. William was a problem of ineffectual middle management who would leave our department as often as he could. It was embarrassing to watch him try to help us when we were busy when he rarely frolocked in, and forced us to help him while also helping our patrons. He was generally a nice person, but he lacked any defining qualities as a manager and let Pam run amok. Which brings me to his supervisor Mark. Mark, also rarely spent time on our department, instead focused almost exclusively with the Research department which also fell under his purview. The reason he did that was because he came from that department and it was his favorite. One of my most disheartening moments with Mark happened after our Annual event where we held events throughout the day and had a big event where all the library staff gathered together to do some sort of self enrichment seminar. I found it rather helpful and still hold on to the book that was provided. However, after the event, the Director of the library, Jan invited everyone to a local bar to celebrate, which was a nice first interaction with her. I ended up going and I was right behind Mark at the bar when he was making fun of the seminar we just had to some of his peers and it really made me feel less than. Later that evening, funny enough, Nikki and I were with another coworker and the Director at a table having a pretty good time joking and ever since, I always had a good relationship with her.

Another major task I took up regarded the safety of our student workers after we had to deal with sexual assault reports in the past regarding them shelving books alone. My idea involved working with Security, Building Operations, and some ECU executives to get a set of work phones that had a walkie talkie function so that the students could page us and security if a problem came up. William approved the project and at one time, Pam sent some very vicious emails to me tagging William in it regarding this project saying I was out of line for doing something like this without permission, to which I remarked that William approved of the project. The project eventually worked out, but they decided on actual walkie talkies due to the cement building being bad for anything else.

The exact same thing happened, when I spearheaded an interdepartmental effort to digitize our purchase order requests. I had to work with our web page design crew to make a webpage that would encompass everything each department needed to submit forms as well as a hierarchical permissions system to track where to send approvals messages to and to track approval submissions along the way. I had gotten in trouble with Pam regarding this, even though William and The person who handled billing at the time, both thought it was a good idea, in fact everyone but her thought it was a good idea.

I have never felt that the actions of any of my coworkers were inappropriate and while we may have had small disagreements we always handled them. I say this, barring some instances to reinforce that the environment being toxic and hostile, from my perspective was almost entirely from our management. If the department didn't have those two, I would have never quit. In fact the exact reason I quit was because Pam came to my desk to ask a question about how I did something and as she left she mumbled under her breath an insult to me, and that was the final straw and I immediately printed off a two week notice and walked it to William to sign and date. I had no prior jobs lined up and left solely because of Pam. The stress and anxiety I felt near the end would make me cry myself to sleep. I started going gray in the hair and I was stress eating. While working there I gained 80 lbs in a matter of just over a year I worked there. I can honestly say that I loved the work I did thereI even got an award during my time there, but that management ran me to the ground and broke me. I often wonder if that first remark William made to me was a joke or a sadistic laugh he had at the thought.


I hope this recount helps give additional perspective into Nikki's case. I am willing to work with you throughout this process, in any way possible. I can be best reached at my email address benjaminexton460@gmail.com.