Dear respondent,

In response to your position statement. I would like to reiterate my stance that I, Nikki Giovanni Bellamy have been discriminated against, in addition, worked in a hostile environment. In addition, I would like to state during the events listed below almost every week there was always consistent aggressiveness, ridiculing, punishment threats. The years at the ECU Joyner Library were very difficult. I have many witnesses and victims themselves, but was never afraid to come forward because of retaliation.

*"According to the U.S. Equal Employment Opportunity Commission, "Harassment is a form of employment discrimination that violates Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the Americans with Disabilities Act of 1990." They say that harassment becomes unlawful where "1) enduring the offensive conduct becomes a condition of continued employment, or 2) the conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile or abusive.".*

In March 2013, Jan Lewis sent out a library wide email about an open door policy if any employees had any concerns about their department. I distinctly remember trying discuss an issue in the department with my then supervisor Pamela Evans in which she had yelled at me like she did with me on many occasions. I ran into a coworker (Misty Joyner whom is now Misty Daniels whom had her own personal struggles with discrimination in the library) who encouraged and reminded me of the email Jan Lewis sent out. So, that Friday afternoon I went to Jan Lewis in tears and scared reported growing concerns which had been happening in the Circulation department including the hostility, bullying, and discrimination which occurred. The following week Janice Lewis, Pamela Evans, and I had a discussion about growing concerns amongst staff in the Circulation department. At that time, I was asked to leave the office in which Pamela Evans and Janice Lewis continue the meeting amongst themselves. A week later, I was written up and the excuse was for tardiness in which I have documented medical issues that caused my tardiness and absences. My Caucasian co-worker, Pamela Evans has worked for Joyner Library approximately 30 years whom has not once during her time at Joyner Library ever been written up for her tardiness and absences. That statement is not speculation, it is a fact. I have to ask the question what is the difference between me and my former coworker. What I have notice and experienced myself anyone who raises any concerns within and possibly other departments becomes a target of discrimination, hostile environment and bullying. Another long coworker has experienced the same behavior I have and Jan Lewis was notified of this, but nothing was done about it. Once again, this is not speculation, but a fact and there is documented proof of this.

Throughout the years, I've tried to apply for other positions and tried to move to other departments, but I was told that it was impossible at least 2-3 times and there is documented proof of this. I moving one staff from one department to another department is possible because I've seen it take place and they were not faculty. I believe in the position statement they stated I did not seek a transfer, but that was incorrect because I went to Jan Lewis and Mark Sanders myself.

One particular time I applied for a position in North Carolina Collection. At the time I had over 20 years of library experience with a BA degree. They gave the position to a Caucasian security guard (Joe Rolison) to keep him from filing a grievance because he was promised a position in Building Operations, but they gave it to another Caucasian male (Jeff Tuthill). As an African American female, I did not stand a chance and like so many times I was overlooked for a position.

Throughout the years of 2014-2018, I continued to still receive the same hostile treatment and discriminatory experience while trying to perform my normal and specialized duties to best of my ability, but who could possible work at a 100% under those conditions and receive a satisfactory evaluation when (figuratively speaking) the cards are already stacked against you. You are constantly giving your all and no matter what it's already decided that your performance is unsatisfactory because you're opinionated and voice your concerns in the department leading I have worked in the same position for 16 years performing manual labor work which is physical demanding and sought to the ADA coordinator accommodation about much I could lift, but yet I was still force to continue lifting, pushing, pulling beyond the my limit.

2018

Once again I was written up for tardiness and absences, during this time I was still voicing my concerns about the department. During this time, I have been reporting them to Susan Martin at Office for Diversity and Sally Lilley at Human Resources. My position is physically demanding and in the summer 2018 the student employees and I had been shifting a lot. The was an area we have been shifting and I wanted to show my supervisor along with her supervisor what I had been working on. Tensions were already high in the department. When they approach the area the student and I had been working, I began to explain what we were doing. He did not agree and expressed it in a very hostile, discriminatory, and disrespectful manner. His exact statement was "I don't understand your logic and if you're having cognitive issues you need to go ahead and go out on FMLA leave". I was humiliated, hurt, and distraught. My anxiety went into overload. I was in tears and two staff members consoled me including a student who witnessed and reported the incident to Office for Diversity without my knowledge. This is a fact and it was also reported Mark Sanders whom reported the incident to Jan Lewis. The incident was also reported to, Susan

Martin in the Office for Diversity and Sara Lilley in Human Resource. This was a breach of my confidentiality and HIPPA.

I have experienced working in a racially, hostile and toxic environment throughout the years in which I still had to work in extreme conditions such as performing extremely physical labor type work against my accommodation that were set for me by my doctor which I ADA coordinator. I have documentation. This physical labor consisted of me and a group of students physically shifting thousands of books at a time. One coworker came to me and refer to my work as slave work. I felt so humiliated.

On Tuesday July 31st 2018, I timekeeping for all employees here at Joyner Library. In that meeting were Pamela Evans (my direct supervisor), William Gee (Pam's supervisor) and I. During we discussed how FMLA works and how the time should be recorded in Kronos. Throughout meeting Amy made it clear that as long as I was on FLMA and have FLMA hours to use then my job was protected. She also stated that FLMA was renewable as long as I have qualifying condition in which the necessary documents would need to be submitted to Human Resources for approval. As Amy was stating this information, I can tell Pam seem too thrilled about this information. So, Pam came out and stated "So a person can be on FLMA for years and…. (stopped in mid-sentence) and Amy replied "yes". It seem as though the more informative Amy became to help me, the more her demeanor changed. Amy suggested that I use my FMLA sparingly and try to make up hours, if I could. I could sense Pam was not happy about this because I truly believe she has it set so she can have a reason to terminate me. On Monday, July 25th I had a FMLA related doctor's appointment in which Pam requested a doctor's note. I figured I didn't need to supply her with one because she knew I was on FMLA, but she demanded one any way. I didn't have one at first and she reprimanded me about it, so I had my doctor's office fax one over to me and when I handed it to her, she seemed mad because I actually had one to give her. I am certain this is against FMLA policy. I shouldn't have to disclose anything to her.

During the summer 2018

Mark Sanders, William Gee, Pamela Evans, and I were in the basement assessing the shifting project. Mark began to discuss his expectations and made suggestions in which I agreed with him. Every time, I agreed with him I made the sound of agreement "uh- huh". Pamela Evans became extremely annoyed with me and made a threat. She said if I didn't stop making the sound "uh-huh" she was going to take her fist and shove it down my throat. At that moment, William Gee and Mark Sanders began to laugh and thought it was amusing, but when they saw that I was not laughing William said "what?" with a smirk and told Pamela she couldn't say that. Once again they did not care and they did not reprimand her for it.

February 2019

Right when I thought all the foolish, political games came to a halt at work, I was hit with more disturbing news. Several weeks back, I became very ill. I have type 2 diabetes and one week my sugar was so high I almost went into a diabetic coma and had to go to the ER. The medical personnel were trying to decide if they were going to admit me, but fortunately they were able to get me fluids and insulin and this brought my sugar down. I'm now on insulin. You're, probably wondering what does this have to do with my job. Well, the same day several weeks ago apparently my bosses (Pamela Evans & William Gee) and a coworker (Sonia Dixon) had an inappropriate conversation about me in front of student workers. I truly believe this took place because it's not the first time this situation has occurred. What makes it worst is there have been several students in which neither one of them associated with each other, so it wasn't like a group gathering and they decided to have a conversation. At this point, nothing surprises me anymore because this work environment is very toxic and no matter how hard you work it seems it's never good enough. I'll admit when I found out about this information, it really brought my morale down. Despite my medical issues from declining health as a result of stress from the work environment, I have really try hard to do my job to the best of my ability. A few weeks ago while I was laying in the hospital with a sugar level over 600 (A1C- 12.3) and medical was trying bring my sugar down, my boss, her boss and my coworker were upset because I was out of work and had a discussion on plans fire and replace me. Why are you having this discussion - period, and in front of students and why are you discussing this with a fellow co-worker who no way an authority figure over me. My intentions are to address this with Mark Sanders who is one of the administrators here at Joyner Library. I am very exhausted with this toxic environment.

Mark Sanders is very aware of the situation. He has had meetings with student employees about the work environment and how certain staff is treated differently because of race. This is a fact.

April 2019

Today, I was in the basement with Pam showing her some information from the list she and Ann Carol had questions about. During the conversation, Pam was not talking to me or with me, but down to me. She basically belittled me. My reasoning for mentioning this because there was a student present and she felt uncomfortable with the way Pamela Evans spoke to me and wanted to inform her supervisors on the matter. This one of the countless times Pamela Evans has conducted herself this way which has made me develop stress, anxiety, depression, and PTSD over the years, and my health declined from this repetitive behavior. I was often became depressed about the situation because I would report it to her supervisors William Gee and Mark Sanders and nothing would happen. It disturbed me even more that our students keep witnessing such behavior.

2020- Pandemic

During this time, I was allowed to leave and work from home for seven and a half months until I was forced to come back to work on site. The date I was supposed to return I could not because I

was already under a lot stress from my job and as a result broke out in shingles. Per the request of Mark Sanders through William Gee I had submitted proof of my medical records to show I was not telling an untruth considering I'm on FMLA and my medical information is supposed to be confidential. I have proof.

2021-Pandemic

In a one on one meeting with Janice Lewis I discussed having accommodations during the pandemic considering I was a high risk individual. All though my job was required on site which convenient to list since the pandemic happen. I've been working with ECU for 16 years and then all of a sudden my department and my position requires me on site. Not to mention, my supervisors allowed me to work from home seven half months, now all of a sudden I'm required on site five days out of week while my colleagues are At one time, Jan ask if I have taken the vaccine which I thought was inappropriate since that dealt with my medical information.

I've also expressed to Mark my thoughts on the department. Here are my remarks due to an email he sent to me threatening to take further action, but the damage has already been done.

*"Honestly, I think a lot of us in the department are exhausted, unappreciated, undercompensated and the morale is low. The pandemic has not help at all. As for myself, I have been dealing with anxiety which has led to stress which ends up exacerbating my other conditions which has gone on for quite some time. I've been through a lot in this department and sometimes I'm often reminded of that and then the anxiety is triggered. The circulation desk can be overwhelming at times and I have been working it for years (which at one point was not an issue) on top of other duties I am responsible for, but at one point I was performing 2-3 position duties all by myself. I perform these duties with no complaints because I just did what I was instructed to do. No way am I taking away from a solider on the battle field who suffers from PTSD, but with my own history in the department this is what I have felt like. All I ever wanted to do is come to work and put my best foot forward and be the best employee I can be".*

Ultimately, I had to leave my job and go out on disability from the declining health I suffered working at ECU Joyner Library. After having many conversations with William Gee, Mark Sanders, and Janice Lewis. There was no way the work environment was going to improve. While in the pandemic, they had no sympathy for my well-being. I had caught COVID, there is no way I would made it and I'm sure by the following week they would have had my position posted without a second thought.

I feel throughout the years they have been giving me poor evaluations. Yet, 16 years later I still remain employed at ECU Joyner Library. I felt they have taking away my ability to earn a decent

living as a librarian, to flourish, and be productive in this field. They were content with keeping me in a low level physically demanding position because it meant I would eventually get tired, frustrated, and leave without them having to take any responsibility of bullying and retaliating against those who spoke out if something was wrong. Metaphorically, they wanted to keep their knee on my neck so that I couldn't speak or breathe. The individuals I listed took away my livelihood, mental health, and well-being.

Realistically, I know it is improbable I would get hired at another academic library or any position as a matter of fact. It is time to give up my dream. I don't mean to sound overly dramatic, but this has been devastating.    I can never gain back the years, peace of mind, my health, and my dignity I lost when working at ECU. I even lost my career because I feel I know longer can work. In 2018, I had to withdraw from graduate school with only two class left to complete my degree. My job environment and the people (Jan Lewis, Mark Sanders, William Gee, Sonia Dixon) there I included in my initial statement made that difficult.

Sincerely,

Nikki Giovanni Bellamy