IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-115-D

| | | |
|---|---|---|
| NIKKI GIOVANNI BELLAMY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EAST CAROLINA UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On September 22, 2022, plaintiff, appearing pro se, filed a motion to proceed in forma

pauperis [D.E. 1]. Pursuant to 28 U.S.C. § 636(b)(1), this matter is referred to Magistrate Judge

Meyers for a memorandum and recommendation on the plaintiff's motion to proceed in forma

pauperis [D.E. 1], and for a frivolity review.

SO ORDERED. This 27 day of September, 2022.

JAMES C. DEVER III
United States District Judge