UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NIKKI GIOVANNI BELLAMY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EAST CAROLINA UNIVERSITY and )<br>UNIVERSITY OF NORTH CAROLINA )<br>SYSTEM, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-115-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 34], GRANTS defendants' motion to dismiss [D.E. 24], and DISMISSES WITH PREJUDICE plaintiff's complaint for failure to state a claim upon which relief can be granted. The clerk shall close the case.

This Judgment filed and entered on December 17, 2024, and copies to:
Nikki Bellamy       (via US Mail to 720 Greenmead Dr, Kinston, NC 28501)
Adrina Bass         (via CM/ECF electronic notification)

December 17, 2024                              Peter A. Moore, Jr.
                                               Clerk of Court


                                            By: /s/ Stephanie Mann
                                                Deputy Clerk